OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TX 76180-6608
(817)770-8500
FAX(817)498-1362

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: JOHN H EDWARDS IV                         CASE NO: 05-93830-RFN

    Debtor(s),

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case. I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case: Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| LANDAMERICA AMERICAN TITLE CO<br>C/O TRUST LAW FIRM PC<br>1201 ELM ST STE 5270<br>DALLAS, TX 75270 | 09/24/2010 | $16,399.56 |

/s/ Tim Truman
Standing Chapter 13 Trustee

NOTICE TO DEBTOR (S): IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO THESE FUNDS.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the following named debtor (s) and creditor and served electronically on the attorney for debtor (s) and the United States Trustee on December 16, 2010 by U.S. First Class mail.

/s/ Tim Truman
Standing Chapter 13 Trustee

JOHN H EDWARDS IV
PO BOX 30
MANSFIELD, TX 76063

LANDAMERICA AMERICAN TITLE CO
C/O TRUST LAW FIRM PC
1201 ELM ST STE 5270
DALLAS, TX 75270